**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | CV 115-163 |
| | * | |
| CALLINGPOST COMMUNICATIONS, | * | |
| INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |

**O R D E R**

On March 15, 2016, the Court entered an Order granting the parties' motion for consent judgment. (Doc. 13.) In that Order, the Court instructed the parties to file a status report within sixty days from that date. The parties have done so and request that the Court close the matter. Accordingly, the Court **ORDERS** this case **CLOSED**.

**ORDER ENTERED** at Augusta, Georgia this _10th_ day of May, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA